1236

No. 87–1834. PEARSON v. LOUISIANA. Ct. App. La., 2d Cir. Certiorari denied.

No. 87–1843. KOLENBERG v. BOARD OF EDUCATION OF STAMFORD, CONNECTICUT. Sup. Ct. Conn. Certiorari denied.

No. 87–1846. LAMBERT GRAVEL CO., INC. v. J. A. JONES CONSTRUCTION CO. ET AL. C. A. 5th Cir. Certiorari denied.

No. 87–1851. DAVIS PACIFIC CORP. v. VENTURA COUNTY FLOOD CONTROL DISTRICT. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 87–1856. RAMSEY ASSOCIATES, INC., ET AL. v. COTY ET AL. Sup. Ct. Vt. Certiorari denied.

No. 87–1857. DRUMMER v. NOEL ET AL. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 87–1859. AIR TRANSPORT ASSOCIATION OF AMERICA ET AL. v. PUBLIC UTILITIES COMMISSION OF CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied.

No. 87–1863. COMPLIANCE MARINE, INC. v. CAMPBELL, TRUSTEE. C. A. 4th Cir. Certiorari denied.

No. 87–1871. CAVE v. PITTSBURGH CORNING CORP. ET AL. C. A. 4th Cir. Certiorari denied.

No. 87–1872. ROSENSTEIN ET AL. v. UNITED STATES;
No. 87–6673. NIGO-MARTINEZ ET AL. v. UNITED STATES; and
No. 87–6808. WILSON v. UNITED STATES. C. A. 7th Cir. Certiorari denied. Reported below: 841 F. 2d 1300.

No. 87–1875. LEE v. ALBEMARLE COUNTY, VIRGINIA, SCHOOL BOARD ET AL. C. A. 4th Cir. Certiorari denied.

No. 87–1881. WICKSTROM, BY WICKSTROM ET AL., CONSERVATORS OF THE PERSON AND ESTATE OF WICKSTROM v. MAPLEWOOD TOYOTA, INC., ET AL. Ct. App. Minn. Certiorari denied.